UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14051-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

      Plaintiff,

vs.

STORMY GIDDENS,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District

Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 18,

2008.  A Report and Recommendation was filed on September 29, 2008, recommending that the

Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the

opportunity to file objections to the Report and Recommendation, however none were filed. The

Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is

hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment, which charged that

the Defendant did knowingly sell, exchange, transfer, and deliver a false, forged, counterfeited

and altered obligation of the United States, that is seven thousand seven hundred dollars ($7,700)

in counterfeit Federal Reserve Notes in one hundred dollar ($100) denomination, with the intent

that the same be passed, published and used as true and genuine, in violation of Title 18, United

States Code, Sections 473 and 2.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of October, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office